UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK HOBBS, | ) | No. CV ED 09-101 FFM |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated October 1, 2010.


DATED:___October 1, 2010___

        ___/S/ FREDERICK F. MUMM___
            FREDERICK F. MUMM
        United States Magistrate Judge