LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PATRICK HOBBS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | No.  EDCV 09-101 FFM<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

    DATE: December 27, 2010

        /S/ FREDERICK F. MUMM

        HON. FREDERICK F. MUMM
        UNITED STATES MAGISTRATE JUDGE

-1-